■ JOSSEF KAHLON, Appellant, v BRUCE LEWIS, Respondent. [995 NYS2d 506]—

Order, Supreme Court, New York County (Doris Ling-Cohan, J.), entered September 30, 2013, which denied plaintiff's motion for summary judgment, and, upon a search of the record, granted defendant summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion court correctly dismissed the complaint since plaintiff failed to particularize the alleged defamatory statement made by defendant (*see* CPLR 3016 [a]; *Khan v Duane Reade*, 7 AD3d 311 [1st Dept 2004]). Even if we were to evaluate the alleged statement made by defendant that was included in plaintiff's motion papers, the statement was not defamatory as a matter of law (*see Brian v Richardson*, 87 NY2d 46, 51 [1995]; *Dillon v City of New York*, 261 AD2d 34, 38-39 [1st Dept 1999]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Renwick, Andrias, DeGrasse and Kapnick, JJ. **[Prior Case History: 2013 NY Slip Op 32308(U).]**